UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ASHLEY HOLT ET AL | CIVIL ACTION NO. 24-cv-1269 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| TEEBIZ GLOBAL LLC ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

The parties have filed diversity jurisdiction disclosure statements. The requirements of diversity jurisdiction appear to be met with the exception of one issue. One of the plaintiffs is Ashley Holt, on behalf of her minor child, Ayriahanna Evans. The notice of removal and diversity jurisdiction disclosure statement allege that Ashley Holt was domiciled in Louisiana at the relevant times. However, it is the citizenship of the minor child that is relevant for diversity jurisdiction purposes because the legal representative of an infant or incompetent shall be deemed to be a citizen only of the same State as the infant or incompetent. 28 U.S.C. § 1332(c)(2). Ms. Holt is directed to file an amended diversity jurisdiction disclosure statement by **October 15, 2024** that includes a specific allegation as to the domicile/citizenship of Ayriahanna Evans at the time the state court suit was filed and at the time of removal.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 8th day of October, 2024.

Mark L. Hornsby
U.S. Magistrate Judge